UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Guillermo G., | Case No. 26-CV-01673 (JMB/SGE) |
| Petitioner, | |
| v. | ORDER OF DISMISSAL |
| Kristi Noem, *Secretary, Department of Homeland Security*, Todd M. Lyons, *Acting Director, Immigration and Customs Enforcement*, David Easterwood, *Acting Director, St. Paul Field Office, Immigration and Customs Enforcement*, and Ryan Shea, *Sheriff, Freeborn County, Minnesota*, | |
| Respondents. | |

This matter is before the Court on Petitioner Guillermo G.'s[1] and Respondent's Kristi Noem's, Todd M. Lyons's, David Easterwood's, and Ryan Shea's Joint Stipulation for Dismissal. (Doc. No. 7.) Petitioner wishes to dismiss their Petition for Writ of Habeas Corpus (Doc. No. 1) under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Therefore, IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE, and each party shall bear their own costs and attorneys' fees.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 9, 2026                                  /s/ *Jeffrey M. Bryan*
                                                                Judge Jeffrey M. Bryan
                                                                United States District Court

---

[1] This District has adopted a policy of using only the first name and last initial of any nongovernmental parties in immigration cases.

1