# UNITED STATES DISTRICT COURT
## District of Minnesota

**JUDGMENT IN A CIVIL CASE**

Guillermo Antonio Guadarrama de Andrade,

Petitioner(s),

v.

Case Number: 26-cv-1673 JMB/SGE

Kristi Noem, Todd M. Lyons, David Easterwood and Ryan Shea,

Respondent(s).

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

the Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE, and each party shall bear their own costs and attorneys' fees.

Date: 3/9/2026

KATE M. FOGARTY, CLERK